USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Salomon Aparicio Jimenez,

                Petitioner,

-against-

Thomas Decker, et al.,

                Respondents.

1:21-cv-00880 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any hearings and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

    Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. On or before February 5, 2021, Petitioner's counsel is directed to contact the Deputy Clerk Katherine Lopez either by telephone, at (212) 805-0274, or by email to Aaron_NYSDChambers@nysd.uscourts.gov. Petitioner's counsel shall inform the Deputy Clerk whether all parties have consented to the Magistrate Judge conducting the proceedings in this case. If any party has not consented, counsel for the Petitioner shall <u>not</u> inform the clerk which of the parties have not consented, but shall merely state that there has not been consent by all

parties. In the event that all parties have consented, Petitioner's counsel shall email the executed consent form[1] to Aaron_NYSDChambers@nysd.uscourts.gov.

This Order is not intended to interfere with the parties' right to have this case proceed before a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences, although this will prevent the Court's jurisdiction from being exercised by a United States Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

**SO ORDERED.**

Dated:   New York, New York
         February 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Available at: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf.

2