USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
SALOMON APARICIO JIMENEZ, :
:
                     Petitioner, :
: 21-CV-880 (VSB)
     -against- :
: **ORDER**
THOMAS DECKER, et al., :
:
                  Respondents. :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of the parties' letter requesting a deadline of February 12, 2021 for the government to file its response to Petitioner's habeas petition and a deadline of February 15, 2021 for Petitioner to file his reply submission. (Doc. 7.) The parties' request is hereby GRANTED. A preliminary injunction hearing is set for February 25, 2021 at 2:00 p.m.

    IT IS FURTHER ORDERED that if the parties are not available for a hearing on February 25, 2021, they are instructed to meet and confer and to submit a joint letter on or before February 18, 2021, proposing several alternative hearing dates.

    IT IS FURTHER ORDERED that on or before February 22, 2021, the parties notify the Court whether or not they intend to call witnesses and whether they intend to offer exhibits other than those attached to their papers during the February 25, 2021 hearing. To the extent either party seeks to have such testimony, all direct testimony shall be presented by witness declaration, with an opportunity for live-virtual cross-examination and redirect examination.

    SO ORDERED.

Dated: February 5, 2021
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge