UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                             :

SALOMON APARICIO JIMENEZ,          :

                        :

               Petitioner,   :

                        :

        -against-        :

                        :

THOMAS DECKER, et al.,          :

                        :

             Respondents. :

                        :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/16/2021__

21-CV-880 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Respondents' opposition to Petitioner's habeas petition and motion for

an order to show cause, temporary restraining order, and preliminary injunction.  (Docs. 11–13.)

Pursuant to my February 5, 2021 order, Petitioner's reply submission was due on February 15,

2021.  (Doc. 8.)  Petitioner has yet to file a reply.  Accordingly, Plaintiff is directed to file any

reply papers in support of his pending motions on or before February 19, 2021.  If Plaintiff fails

to do so by this date, I will consider the motions fully briefed.

SO ORDERED.

Dated: February 16, 2021
      New York, New York

                               Vernon S. Broderick
                               United States District Judge