**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SALOMON APARICO JIMENEZ,

                          Petitioner,                          21 **CIVIL** 880 (VSB)

           -against-                                           **JUDGMENT**

THOMAS DECKER, et al.,

                          Respondents.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 3, 2021, Aparicio's petition for a writ of

habeas corpus is hereby GRANTED in part. The Government is ORDERED to take Aparicio

before an immigration judge for an individualized bond hearing within ten calendar days of this

Opinion & Order. At that hearing, the Government shall bear the burden of demonstrating, by

clear and convincing evidence, that Aparicio is a danger to the community or a risk of flight. In

the event the Government fails to provide Aparicio with such a bond hearing within ten calendar

days, the Government is ORDERED to release Aparicio immediately on "bond of at least $1,500

with security approved by, and containing conditions prescribed by, the Attorney General" or on

"conditional parole." § 1226(a)(1)–(2). In light of this decision, Aparicio's request for a

temporary restraining order and preliminary injunction seeking the same relief is moot. As this

Opinion & Order terminates the petition, Aparicio's request that I enjoin Respondents from

removing him from the Court's jurisdiction during the course of habeas proceedings is also

moot; accordingly, this case is closed.

**DATED:**  New York, New York
March 4, 2021

**RUBY J. KRAJICK**

_____

**Clerk of Court**

**BY:**

**Deputy Clerk**
